**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 15-6116**

———————————

CHARLES ROBERT CANTER, III,

        Plaintiff - Appellant,

    v.

RICHARD GRAHAM, JR., Warden; JAMES TITCHNELL, Case Manager
Manager; T. HUMBERTSON, Case Manager Specialist; J. WILSON,
Case Manager Supervisor; B. PAYTON, Sergeant; C. MELLOTT,
Major,

        Defendants - Appellees.

———————————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. George J. Hazel, District Judge.
(8:14-cv-03995-GJH)

———————————

Submitted: May 7, 2015               Decided: July 8, 2015

———————————

Before SHEDD, FLOYD, and THACKER, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Charles Robert Canter, III, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles Robert Canter, III, appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915A(b)(1) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Canter v. Graham, No. 8:14-cv-03995-GJH (D. Md. Jan. 8, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2